N THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:  Sherry Springer

Civil Case No.: 1:19-cv-4033

## NOTICE AND SUGGESTION OF DEATH

To:   The Clerk of Court and all Parties of Record:

Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby suggests the death, on the record, of Plaintiff Sherry Springer, whose death occurred on or about January 31, 2022.

Respectfully submitted,

*/s/ Andrew N. Faes*
Andrew N. Faes, Admitted *pro hac vice*
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
Fax: (816) 531-2372
afaes@wcllp.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter.  Parties may access the filing through the Court's system.

*/s/ Andrew N. Faes*
Andrew N. Faes, Attorney